**MARTIN D. SINGER, ESQ. (BAR NO. 78166)**
**EVAN N. SPIEGEL, ESQ. (BAR NO. 198071)**
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: mdsinger@lavelysinger.com
         espiegel@lavelysinger.com

Attorneys for Plaintiff
**Quentin Tarantino**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **QUENTIN TARANTINO**, an individual;<br><br>                    Plaintiff,<br><br>          v.<br><br>**GAWKER MEDIA, LLC**, a/k/a Gawker Media, a Delaware corporation; **GAWKER MEDIA GROUP, INC**, a/k/a Gawker Media, a Cayman Islands corporation; **GAWKER ENTERTAINMENT, LLC**, a/k/a Gawker Media, a New York corporation; **DOE-1, a/k/a ANONFILES.com**, an unknown entity/person, and **DOES 2 through 10**, inclusive,<br><br>                    Defendants. | CASE NO. 14-CV-603-JFW (FFMx)<br><br>[HON. JOHN F. WALTER]<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH GENERAL ORDER AUTHORIZING ELECTRONIC FILING**<br><br>Complaint Filed:  January 27, 2014<br>Answer Filed:     TBD |

/ / /

/ / /

# DECLARATION OF MARTIN D. SINGER

I, MARTIN D. SINGER, declare as follows:

1.  I am an attorney at law duly qualified to practice before the Courts of the State of California and before this Court and am a member of the firm of Lavely & Singer Professional Corporation, attorneys for plaintiff Quentin Tarantino ("Plaintiff") in the above captioned matter. The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  This "Declaration of Lead Trial Counsel re: Compliance with General Order Authorizing Electronic Filing" is filed pursuant to and in compliance with this Court's "STANDING ORDER," Section 3(a). I am lead trial counsel on behalf of Plaintiff in this action. I, as well as my co-counsel and partner Evan N. Spiegel, am registered as an "ECF User" with the United States District Court for the Central District of California. My email address of record, as set forth in the caption hereinabove and registered with the ECF system, is <mdsinger@lavelysinger.com>. I, along with Mr. Spiegel, have consented to service and receipt of filed documents by electronic means in this action.

Respectfully submitted,

DATED: February 6, 2014

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
EVAN N. SPIEGEL

By: _/s/_____
MARTIN D. SINGER
Attorneys for Plaintiff Quentin Tarantino