1 **MARTIN D. SINGER (BAR NO. 78166)**
**EVAN N. SPIEGEL (BAR NO. 198071)**
2 **HENRY L. SELF III (BAR NO. 223153)**
**LAVELY & SINGER**
3 **PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
4 Los Angeles, California 90067-2906
Telephone: (310) 556-3501
5 Facsimile: (310) 556-3615
E-Mail: mdsinger@lavelysinger.com
6     espiegel@lavelysinger.com

7 Attorneys for Plaintiff
**Quentin Tarantino**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| QUENTIN TARANTINO, an individual, | CASE NO. 14-CV-603-JFW (FFMx) |
|---|---|
| Plaintiff, | [Hon. John F. Walter] |
| v. | **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO F.R.C.P., RULE 41(a)** |
| GAWKER MEDIA, LLC, a/k/a Gawker Media, a Delaware corporation, | |
| Defendant. | |

1       NOTICE is hereby given that, pursuant to Fed.R.Civ.Proc., Rule 41(a), plaintiff Quentin Tarantino ("Plaintiff") voluntarily dismisses the above-captioned action, in its entirety, <u>without</u> prejudice.

      This dismissal is made without prejudice, whereby Plaintiff may later advance an action and refile a complaint after further investigations to ascertain and plead the identities of additional infringers resulting from Gawker Media's contributory copyright infringement, by its promotion, aiding and abetting and materially contributing to the dissemination to third-parties of unauthorized copies of Plaintiff's copyrighted work.

DATE: May 7, 2014

MARTIN D. SINGER  
EVAN N. SPIEGEL  
HENRY L. SELF, III  
LAVELY & SINGER  
PROFESSIONAL CORPORATION  

By:   /s/ - Evan N. Spiegel  
      EVAN N. SPIEGEL  
Attorneys for Plaintiff  
QUENTIN TARANTINO